THE POUGHKEEPSIE SAVINGS BANK, Respondent, v. FRANCES HERRON and Others, Defendants, and WENER HOLDING Co., INC., Appellant.— Order modifying judgment dated September 7, 1929, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *Poughkeepsie Savings Bank* v. *Cohen* (*ante*, p. 709), decided herewith. Lazansky,

P. J., Young, Hagarty and Carswell, JJ., concur; Scudder, J., dissents upon the grounds stated in his dissenting memorandum in *Poughkeepsie Savings Bank* v. *Cohen* (*ante*, p. 709).